UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTHONY BROWN,

                    Plaintiff,

    -against-

NEW YORK CITY & DEPT OF CORRECTION OF NYC,

                   Defendants.

23cv5758 (LTS)

CIVIL JUDGMENT

---

For the reasons stated in the May 21, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  May 21, 2024
            New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                             Chief United States District Judge